EARL XAIZ, #3572
YENGICH & XAIZ
Attorneys for Defendant
8160 South Highland Drive, Suite A-4
Sandy, Utah 84093
Telephone: (801) 355-0320
Fax: (801) 364-6026
earlxaiz@gmail.com

**IN THE UNITED STATES DISTRICT COURT, CENTRAL REGION
DISTRICT OF UTAH**

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  KARI DEE BURGOYNE,  Defendant. | MOTION TO CONTINUE  Case No. 2:23CR10  Honorable Howard C. Nielson, Jr. Magistrate Jared C. Bennett |

The Defendant, by and through her attorney of record, Earl Xaiz, hereby moves this court to continue the Status Conference, currently scheduled for Thursday, May 10, 2023, at 12:00 p.m., for the reason that Defendant is currently practice manager and client/patient care coordinator at the office of Dr. Kirk Moore, at the Plastic Surgery Institute Utah, which has surgeries scheduled throughout the day.  Defendant is asking for a 14 day continuance to be able to clear her schedule to attend.  Dr. Moore has provided an email to the court indicating the reasons for this continuance.

Counsel for Defendant will be out of town next week, and requests that this matter be set 14 days out so that he may appear with Defendant.

RESPECTFULLY SUBMITTED this 10th day of May, 2023.

                                                 YENGICH & XAIZ
                                                 Attorneys for Defendant

                                         By   */s/ Earl Xaiz*
                                                  EARL XAIZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Continue was filed electronically and caused to be served by electronic notice to all parties listed below on this 10th day of May, 2023:

                                 Todd C. Bouton
                                 Jacob J. Strain
                                 Sachiko Jepson
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
todd.bouton@usdoj.gov
jacob.strain@usdoj.gov
sachiko.jepson@usdoj.gov

                                                 */s/ Myrleen Wright*