**MICHAEL J. LANGFORD (9682)**
**LANGFORD | RAMOS, PLLC.**
43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 328-4090
Fax: (801) 364-3232
mjl@langfordramos.com

Attorney for Defendant

| | |
|---|---|
| **IN THE UNITED STATES DISTRICT COURT**<br>**DISTRICT OF UTAH, CENTRAL DIVISION** ||
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**KARI DEE BURGOYNE ,**<br><br>Defendant. | **ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE**<br><br>**Case No. 2:23-cr-00010-HCN-JCB**<br><br>**Magistrate Judge Howard C. Nielson, Jr.** |

Based on the Defendant's Motion to Modify Conditions of Pretrial Release, and good cause appearing, **it is HEREBY ORDERED**, that the terms of Ms. Burgoyne's release be modified, in order to remove the following conditions:   monitoring of her electronic communication devices.

DATED this 6th day of February, 2024.

*/s/ Jared C. Bennett*

JARED C. BENNETT
U.S. Magistrate Judge