TRINA A. HIGGINS, United States Attorney (#7349)
TODD C. BOUTON, Assistant United States Attorney (#17800)
SACHIKO J. JEPSON, Special Assistant United States Attorney (#17077)
JACOB J. STRAIN, Assistant United States Attorney (#12680)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
2025 JAN 10 PM 4:03
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KARI DEE BURGOYNE, <br><br> Defendant. | Case No. 2:23-cr-00010-HCN <br><br> **MISDEMEANOR INFORMATION** <br><br> Count 1: 18 U.S.C. § 701 <br> (Misuse of Official Badges, Identification Cards, other Insignia) |

The United States Alleges:

### COUNT 1
18 U.S.C. § 701
(Misuse of Official Badges, Identification Cards, other Insignia)

On or before May 12, 2021, and continuing to at least September 6, 2022, in the District of Utah and elsewhere,

**KARI DEE BURGOYNE**,

defendant herein, did, without lawful authority, manufacture, sell, and possess colorable imitations of and impressions in the likeliness of insignias of the design prescribed by the head of a

department or agency of the United States for use by officers and employees thereof, that is, the United States Department of Health and Human Services and the Centers for Disease Control and Prevention, which was not authorized under regulations made pursuant to law;

All in violation of 18 U.S.C. § 701.

TRINA A. HIGGINS
United States Attorney

_____
TODD C. BOUTON
Assistant United States Attorney