# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **ORDER** |
| **Plaintiff,** | : | |
| | : | **Case No.: 2:23CR00010-003** |
| **Kari Dee Burgoyne** | : | |
| **Defendant** | : | |
| | : | |

It is hereby ordered the Clerk of Court release Kari Dee Burgoyne's passport to Kari Dee Burgoyne.

DATED this 16th day of July, 2025.

BY THE COURT:

_____
Honorable Jared C. Bennett
United States Magistrate Judge